**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI ANTONIO PEREZ OROPEZA,<br><br>Petitioner,<br><br>v.<br><br><br>CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.: 3:26-cv-00656-BTM-DEB<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF NO. 15]** |

The Petitioner moves for the Court to enforce its judgment and partial grant of his habeas petition by ordering his "immediate release, a new bond hearing, or both." (ECF No. 15, at 1.)  The Respondents shall file a brief in response no later than May 1, 2026. The Petitioner may file a brief replying to the Respondents no later than May 8, 2026.  The motion will be deemed submitted for the Court's decision on May 8, 2026.  There will be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-656